No. 2014.—ANDREW H. GAY v. A. P. MARRIONNEAUX et als.

Where an appeal has been dismissed on the ground that all the parties interested in the judgment were not made parties to the appeal, and the same questions involved in the first judgment appealed from are again passed upon before the District Court, between the same parties in a judgment of homologation, and more than one year having elapsed from the rendition of the first judgment, it must be considered *res judicata* from which no appeal will lie.

APPEAL from the Fifth District Court, parish of Iberville. *Posey, J. Barrow & Pope,* for plaintiff and appellee. *Talbot & Petit* and *Samuel Mathews,* for defendants and appellants.

LUDELING, C. J. This is a suit to partition certain property held in common by the plaintiff and the defendants. A sale of the property was ordered by the District Court to effect the partition. Gay had been in possession of the property before the sale, and he presented to the notary, who had been appointed to make the partition, a claim against the joint owners, amounting to ten thousand three hundred and sixty dollars, for improvements placed on the plantation at his own cost.

Opposition to this claim having been made by some of the joint owners, the matter was referred to the judge by the notary.

The court gave judgment in favor of Gay for the amount claimed, but charged him thirteen hundred and five dollars for the use of the plantation, and referred the case back to the notary in order that the partition might be completed. This judgment was rendered on the fifteenth day of May, 1867; an appeal was taken from the judgment, and this court dismissed the appeal on the ground that all the parties interested in the judgment had not been made parties to the appeal. Subsequently, on the seventeenth of July, 1868, this appeal was taken from the judgment homologating the partition. The only complaint made by the appellants is, that the amount allowed to Gay for improvements is incorrect. This is the same thing which was decided in the judgment of the District Court on the fifteenth of May, 1867, and the parties are the same. More than one year having elapsed since the rendition of that judgment the plea of *res judicata,* interposed by the plaintiff, must be sustained. 11 La. 497; 8 Rob. 195; 12 Rob. 319; 7 An. 530; C. C. 1270; C. P. arts. 539, 567.

It is therefore ordered that the appeal be dismissed at the costs of the appellants.

Rehearing refused.